UNITED STATES DISTRICT COURT
MIDDLE OF PENNSYLVANIA

FILED
HARRISBURG, PA
AUG 1 9 2008
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

AARON PITTS

1:CR-01-395-001

### MOTION FOR APPOINTMENT OF COUNSEL AND MOTION FOR 18 U.S.C. § 3582 RESENTENCING

I state that I am the Defendant in the above-entitled case and that I am asking the Court to reduce my sentence in my case pursuant to 18 U.S.C. § 3582 (c)(2) because I believe my sentence was based in part or in whole upon the cocaine base guidelines effective prior to November 1, 2007. In addition to my motion to reduce my sentence herein, I state that becuase of my poverty and due to my present incarceration, I am unable to afford counsel to assist me for purposes of resentencing and I request the Court to appoint an attorney to help me.

Wherefore, I respectfully request the Court to reduce my sentence and to appoint an attorney to assist me in my pursuit of a sentence reduction based upon the U.S. Sentencing Commission's retroactive application fo the cocaine base guideline amendment.

This the 14TH day of August, 2008.

*Aaron Pitts*
AAron Pitts

INMATE NAME: AARON PITTS
REGISTER NO.: 11231-067
HOUSING UNIT: 5802
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
P.O. BOX 2000
P.O. BOX 7000
FORT DIX, NJ 08640

To: Clerk of Courts
of United States Courts
Middle District of Pennsylvania
P.O. Box 805
Harrisburg, PA. 17108-0805